IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TONYEL Y. BELL,                                           *

                Plaintiff,              *

v.                                                              Case No.  5:25-cv-253-CAR-CHW

                                              *

BALDWIN STATE PRISON, et al.,

                                              *

                Defendant.                                       *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated 4/27/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of April, 2026.

                              David W. Bunt, Clerk


                              s/ Raven K. Alston, Deputy Clerk